# EXHIBIT B



Items in Cart: 0
Subtotal: $0.00

CART  CHECKOUT

CONTACT   WISH LIST   CREATE ACCOUNT   SIGN IN

**SEARCH:**  GO

< Back to Previous Results

### REEBOK 6K ILL STRUNG HEAD

- Sale
- Shop by Position
- Shop by Team
- Accessories
- Apparel
- Footwear
- Gifts
- Goals/Training Equipment
- Heads/Complete Sticks
- Protective Equipment
- Shafts
- Team

**CLUB LAX Members:**
**FREE HOODY**
with any order of $100 or more!

*Not a CLUB LAX Member?*
*JOIN NOW*


VeriSign Secured
VERIFY


McAfee SECURE
TESTED 24-NOV

Q CLICK IMAGES TO ENLARGE

Item # 201704

**Quantity:** 1
Pre-order - Expected in LATE NOVEMBER

**Price: $74.99**
CLUB LAX Members pay $67.49
Free with 225 Club Lax points


ADD ITEM TO CART    ADD ITEM TO WISH LIST

Sign In to write a review

SHARE

**Product Information:**
*Ready for the hard shots*

Pro-Offset head for excellent ball control and protection. A strong grooved sidewall design for durability performance. Elite-pinched profile for ball control and reduced rattle. V-shaped scoop keeps the ball channeled when shooting and passing and allows for extreme accuracy. Strung with a hard mesh pocket for quick release and harder shots.

Head Gear Guide

**Customers Also Viewed:**
STX Viper2 Strung Head: $89.99
Brine E3 Strung Lacrosse Head: $87.99
STX Bionic Strung Lacrosse Head Only: $55.99

**Similar by Price:**
STX Proton+ Strung Lacrosse Head: $79.99
Warrior Revolution 2.0 6 Diamond Mesh Lacrosse Head: $77.99
Warrior Revolution 2.0 Strung Lacrosse Head: $77.99

**Similar by Brand:**

**Special Offers:**
JOIN CLUB LAX
- Save on Every Order
- Earn Bonus Points to get free gear
- In-stock orders shipped within 24 hours
- Exclusive Offers
- Risk Free

Click here for more info!

RETURNS   POLICIES   AFFILIATES   SIZING GUIDE   GEAR GUIDE
© 2008 SPORTS ENDEAVORS, INC. ALL RIGHTS RESERVED.